USDC SCAN INDEX SHEET

















JAH    4/27/99    10:47

3:70-CR-09260   USA V. CARRILLO-RAMIREZ

*3*

*CRMGOV.*

1  CHARLES G. La BELLA
   United States Attorney
2  MICHAEL E. LASATER
   Assistant U.S. Attorney
3  California State Bar No.057571
   Federal Office Building
4  880 Front Street
   San Diego, California 92101-8893
5  Telephone: (619) 557-7082

6  Attorneys for Plaintiff
   United States of America

7

FILED

99 APR 26 PM 12:02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: J. Hook DEPUTY

8            UNITED STATES DISTRICT COURT

9        SOUTHERN DISTRICT OF CALIFORNIA   70 CR 9260 T

10  UNITED STATES OF AMERICA,        )    Criminal Case No. 9260
                                     )
11               Plaintiff,          )
                                     )
12          v.                       )    GOVERNMENT'S MOTION TO DISMISS
                                     )    INDICTMENT AND RECALL ARREST
13  ELISEO CARRILLO-RAMIREZ,         )    WARRANT AND ORDER THEREON
                                     )
14               Defendant.          )
    _____)

15

16        COMES NOW the United States of America, by and through its

17  counsel, Charles G. La Bella, United States Attorney, and

18  Michael E. Lasater, Assistant U.S. Attorney, and hereby moves this

19  Court to dismiss without prejudice the indictment filed in the

20  above-captioned case for the following reasons:

21        (1) The fact that over twenty eight years has passed without

22  apprehending the defendant; (2) there appears little likelihood of

23  the government apprehending the defendant in the future; (3) the

24  charges pending against the defendant do not include any crime of

25  violence; and (4) in the interest of justice and the sound

26  conservation of prosecutorial resources.

27  //

28  //

3

1       It is further requested that any bond posted in this matter

2 be exonerated and any warrant issued in this case be recalled.

3       DATED: _____4-23-99___.

4                               Respectfully submitted,

5                               CHARLES G. La BELLA
                              United States Attorney

7                               MICHAEL E. LASATER

8                               Assistant U.S. Attorney
                              Chief of Border Crimes

2